# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JORGE ZEPEDA, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:21-cv-00383 |
| | § | JURY TRIAL DEMANDED |
| LOWE'S HOME CENTERS, LLC | § | |
| *Defendant.* | § | |

---

## DEFENDANT LOWE'S HOME CENTERS, LLC'S
## INDEX OF MATTERS BEING FILED

---

Defendant, LOWE'S HOME CENTERS, LLC ("Lowe's"), files this Index of Matters

Being Filed pursuant to Local Rule 81 of the Southern District of Texas, as follows:

<u>Exhibit 1</u>:    All Executed Process:

- Affidavit of Service as to Lowe's Home Centers, LLC

<u>Exhibit 2</u>:    All State Court Pleadings:

- Plaintiff's Original Petition filed September 1, 2021
- Defendant Lowe's Original Answer filed October 1, 2021
- Defendant Lowe's Jury Demand filed October 1, 2021

<u>Exhibit 3</u>:    State Court Docket Sheet

<u>Exhibit 4</u>:    List of all counsel of record, including addresses, telephone
numbers, and parties represented.

# EXHIBIT 1

*(All Executed Service of Process)*



**null / ALL**
**Transmittal Number: 23742865**
**Date Processed: 09/09/2021**

# Notice of Service of Process

| Primary Contact: | Heather McClow<br>Lowe's Companies, Inc.<br>1000 Lowes Blvd<br>Mooresville, NC 28117-8520 |
|---|---|

| | |
|---|---|
| **Entity:** | Lowe's Home Centers, LLC<br>Entity ID Number  2515365 |
| **Entity Served:** | Lowe's Home Centers, LLC |
| **Title of Action:** | Jorge Zepeda vs. Lowe's Home Centers, LLC |
| **Matter Name/ID:** | Jorge Zepeda vs. Lowe's Home Centers, LLC (11547281) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Hidalgo County Court at Law, TX |
| **Case/Reference No:** | CL-21-3070-D |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 09/08/2021 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Martin L. Perez<br>956-322-8997 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**CAUSE NO. CL-21-3070-D**

THE STATE OF TEXAS
COUNTY OF HIDALGO

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

To:     LOWE'S HOME CENTERS, LLC
        MAY BE SERVED WITH PROCESS BY SERVING THE REGISTERED AGENT OF SAID
        COMPANY AT:
        CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE
        COMPANY
        211 E 7TH ST 620
        AUSTIN TX 78701-3218
        OR ANY OTHER LOCATION WHERE THEY MAY BE FOUND

GREETINGS: You are commanded to appear by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M.  on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #4 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said Plaintiff's Petition was filed in said Court, on the 1st day of September, 2021 in this Cause Numbered CL-21-3070-D on the docket of said Court, and styled,

**JORGE ZEPEDA**
**vs.**
**LOWE'S HOME CENTERS, LLC**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
        MARTIN L. PEREZ
        LAW OFFICE OF MARIO DAVILA
        PO BOX 3726
        MCALLEN TX  78502

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 2nd day of September, 2021.

ARTURO GUAJARDO, JR.
COUNTY CLERK, HIDALGO COUNTY, TEXAS
100 N. CLOSNER
EDINBURG, TEXAS 78539
COUNTY COURT AT LAW #4

BY _____ DEPUTY
        GREGORIO MATA

# EXHIBIT 2

*(All State Court Pleadings)*



**null / ALL**
**Transmittal Number: 23742865**
**Date Processed: 09/09/2021**

# Notice of Service of Process

| | |
|---|---|
| Primary Contact: | Heather McClow<br>Lowe's Companies, Inc.<br>1000 Lowes Blvd<br>Mooresville, NC 28117-8520 |

| | |
|---|---|
| **Entity:** | Lowe's Home Centers, LLC<br>Entity ID Number  2515365 |
| **Entity Served:** | Lowe's Home Centers, LLC |
| **Title of Action:** | Jorge Zepeda vs. Lowe's Home Centers, LLC |
| **Matter Name/ID:** | Jorge Zepeda vs. Lowe's Home Centers, LLC (11547281) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Hidalgo County Court at Law, TX |
| **Case/Reference No:** | CL-21-3070-D |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 09/08/2021 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Martin L. Perez<br>956-322-8997 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**CAUSE NO. CL-21-3070-D**

THE STATE OF TEXAS
COUNTY OF HIDALGO

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

To:   LOWE'S HOME CENTERS, LLC
MAY BE SERVED WITH PROCESS BY SERVING THE REGISTERED AGENT OF SAID
COMPANY AT:
CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE
COMPANY
211 E 7TH ST 620
AUSTIN TX 78701-3218
OR ANY OTHER LOCATION WHERE THEY MAY BE FOUND

GREETINGS: You are commanded to appear by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M. on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #4 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said Plaintiff's Petition was filed in said Court, on the 1st day of September, 2021 in this Cause Numbered CL-21-3070-D on the docket of said Court, and styled,

**JORGE ZEPEDA**
vs.
**LOWE'S HOME CENTERS, LLC**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
MARTIN L. PEREZ
LAW OFFICE OF MARIO DAVILA
PO BOX 3726
MCALLEN TX 78502

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 2nd day of September, 2021.

ARTURO GUAJARDO, JR.
COUNTY CLERK, HIDALGO COUNTY, TEXAS
100 N. CLOSNER
EDINBURG, TEXAS 78539
COUNTY COURT AT LAW #4

BY _____ DEPUTY
GREGORIO MATA

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN
       Came to hand on the _____ day of _____, 20 ____, at _____ o'clock _____
M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED

       Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following
Date, time, and place, to-wit:

       NAME _____ DATE _____ TIME _____ PLACE _____


By: _____       By: _____
      CIVIL PROCESS SERVER            DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**
       Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

       NAME _____ DATE _____ TIME _____ PLACE _____

       NAME _____ DATE _____ TIME _____ PLACE _____

       NAME _____ DATE _____ TIME _____ PLACE _____


By; _____       By: _____
      CIVIL PROCESS SERVER            DEPUTY SHERIFF/CONSTABLE

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____and my address is

_____. I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _____County, state of Texas, on the ____ day of _____, 20____.


_____
DECLARANT

_____
If Certified by the Supreme Court of Texas
Date of Expiration /SCH Number

Electronically Submit
9/1/2021 1:56 F
Hidalgo County Cl
Accepted by: Gregorio Ma

CAUSE NO. CL-21-3070-D _____

| | | |
|---|---|---|
| **JORGE ZEPEDA** | § | **IN THE COUNTY COURT** |
|    **PLAINTIFF** | § | |
| | § | |
| **Vs.** | § | **AT LAW NUMBER** _____ |
| | § | |
| **LOWE'S HOME CENTERS, LLC** | § | |
|    **DEFENDANT** | § | **HIDALGO COUNTY, TEXAS** |

<u>**PLAINTIFF'S ORIGINAL PETITION**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

     COMES NOW, JORGE ZEPEDA (hereinafter referred to by her name and/or as **"PLAINTIFF"**) complaining of LOWE'S HOME CENTERS, LLC, (hereinafter referred to by name and/or as **"DEFENDANT"**), and for cause of action would respectfully show the Court the following:

## I. <u>DISCOVERY PLAN AND DISCOVERY REQUESTS</u>

     **PLAINTIFF** intends to conduct discovery under Level 3 pursuant to Rule 190, Texas Rules Civil Procedure.

     **PLAINTIFF** requests pursuant to Rule 194.1, 194.2, 194.3, and 194/4 that **DEFENDANT** disclose within thirty (30) days of filing of its answer of this lawsuit the information or material described in Rule 194.2 b (1-12). of the Texas Rules of Civil Procedure. The original answers are to be forwarded to **PLAINTIFFS'** attorney of record.

## II. <u>PARTIES</u>

     **PLAINTIFF** is a resident of HIDALGO, Texas.

     **DEFENDANT** LOWE'S HOME CENTERS, LLC is a business entity doing business in Texas, and may be served with process by serving the registered agent of said company at: <u>CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY, 211 E. 7TH ST., 620, AUSTIN, TEXAS 78701-3218</u> certified mail return receipt requested or any other location where they may be found.  Service of said Defendant as described above can be effected by any of the methods allowed by the Texas Rules of Civil Procedure.

Electronically Submit
9/1/2021 1:56
Hidalgo County Cl
Accepted by: Gregorio M

### III. <u>ASSUMED NAMES</u>

Pursuant to Rule 28 of the Texas Rules of Civil Procedure, **PLAINTIFF** is suing any partnership, unincorporated association, a private corporation, or individual whose name contains the words or who does business under or as **LOWE'S HOME CENTERS, LLC** it **is the intent of Plaintiff to file lawsuit against the owners, occupiers, property managers and/or controllers** of the **LOWE'S** located at 707 SOUTH JACKSON AVE., PHARR, TEXAS 78577

### III. <u>JURISDICTION AND VENUE</u>

**PLAINTIFF** brings this suit to recover damages against **DEFENDANT** for sustained losses, damages and personal injuries suffered by **PLAINTIFF**. **PLAINTIFF** has sustained damages in a monetary relief of LESS THAN 250,000 within the jurisdictional requirements of this Court. Venue of this proceeding is proper in **HIDALGO**, Texas, pursuant to Texas Civil Practice and Remedies Code Section 15.002. **PLAINTIFFS'** cause of action arose in **COUNTY**

A. NOTICE OF NONREMOVABLE CLAIM

**PLAINTIFF** is not pleading any federal claims as this case involves a matter of controversy of less than **$75,000.00 as Plaintiff so stipulates.**

### IV. <u>STATEMENT OF FACTS</u>

On or about MAY 17, 2021, **PLAINTIFF** JORGE ZEPEDA was a customer at **DEFENDANT LOWE'S HOME CENTERS, LLC** located at 707 SOUTH JACKSON AVE., PHARR, TEXAS 78577. The PLAINTIFF was at DEFENDANT'S STORE WHEN ITEMS FROM A SHELF FELL ON PLAINTIFF due to improper maintenance. As a result of the accident **PLAINTIFF** suffered severe personal injuries.

### V. <u>CAUSES OF ACTION</u>

**PLAINTIFF** has the following causes of action against **DEFENDANT**:

A. **NEGLIGENCE**

**PLAINTIFF** has a negligence cause of action against **DEFENDANT** because they meet the following required elements:

1. The **DEFENDANT** owed a legal duty to the **PLAINTIFF**;
2. The **DEFENDANT** breached the duty; and
3. The breach proximately caused the **PLAINTIFF**'s injuries.

Electronically Submit
9/1/2021 1:56 I
Hidalgo County Cl
Accepted by: Gregorio M;

CL-21-3070-D

## B.   PREMISES LIABILITY

**PLAINTIFF** has premises liability cause of action against **DEFENDANT** because they meet the following elements required in a cause of action brought by an invitee:

1. **PLAINTIFF** was an invitee;
2. The **DEFENDANT** was the possessor of the premises;
3. A condition on the premises posed an unreasonable risk of harm;
4. The **DEFENDANT** knew or reasonably should have known of the danger;
5. The **DEFENDANT** breached its duty of ordinary care by both:
   (A)   Failing to adequately warn the **PLAINTIFF** of the condition, and
   (B)   Failing to make the condition reasonably safe; and
6. The **DEFENDANT**'s breach proximately caused the **PLAINTIFF**'s injuries.

## VI. PLAINTIFF'S DAMAGES

**PLAINTIFF** hereby pleas the following damages that were caused as a direct and proximate result of the occurrence made the basis of this lawsuit:

A.   Reasonable medical care and expenses in the past.  These expenses were incurred by **PLAINTIFF** for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in HIDALGO COUNTY, Texas;

B.   Reasonable and necessary medical care and expenses which in all reasonable probability be incurred in the future;

C.   Physical pain and suffering in the past;

D.   Physical pain and suffering in the future;

E.   Physical impairment in the past;

F.   Physical impairment which, in all reasonable probability, will be suffered in the future;

G.   Loss of earnings in the past;

H.   Loss of earning capacity which will, in all probability, be incurred in the future;

I.   Mental anguish in the past;

J.   Mental anguish in the future; and

K.   Disfigurement.

CL-21-3070-D

Electronically Submit
9/1/2021 1:56
Hidalgo County Cl
Accepted by: Gregorio M:

## VII. <u>PRAYER</u>

WHEREFORE, **PLAINTIFF** requests that **DEFENDANT** be cited to appear and answer and that, on final trial, **PLAINTIFF** has the following:

A.    Judgment against **DEFENDANT** in monetary relief of LESS than $250,000

B.    Prejudgment and post judgment interest as provided by law; and

C.    Such other relief to which **PLAINTIFF** may be justly entitled.

Respectfully submitted,

**LAW OFFICES OF MARIO DAVILA**
P.O. Box 3726
McAllen, Texas 78502
Telephone (956) 322-8997
Facsimile (956) 682-3550

BY:    */s/ Martin L. Perez*
**Martin L. Perez**
**Texas State Bar No.: 24041675**
**Email: mlperezattorney@gmail.com**
**Attorneys for Plaintiff**

PRESS FIRMLY TO SEAL

  

U.S. POSTAGE
PM 2-DAY
MCALLEN
78501
SEP 03, 2
AMOUNT

1005    78701

$14



# UNITED STATES
## POSTAL SERVICE®

# PRIORITY®
# MAIL

# PRIORITY®
★ MAIL ★

VISIT US
ORDER FREE

FROM:

P O Box 5656
McAllen TX 78502

■ Expected delivery date specified for domestic use.
■ Most domestic shipments include up to $50 of insurance (restrictions apply).*
■ USPS Tracking® included for domestic and many international destinations.
■ Limited international insurance.**
■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at *http://pe.usps.com.*
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

TO:

Corporation Service Company
D/B/A CSC-Lawyers Incorpo
service Company
211 E 7th st 620
Austin TX 78701

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

Label 228, March 2016          FOR DOMESTIC AND INTERN

T

To schedule free Package Pickup,
scan the QR code.





PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP



Electronically Submitted
10/1/2021 5:29 PM
Hidalgo County Clerk
Accepted by: Sandra Falcon

CAUSE NO. CL-21-3070-D

| | | |
|---|---|---|
| JORGE ZEPEDA, | § | IN THE COUNTY COURT |
| *Plaintiff,* | § | |
| | § | |
| v. | § | AT LAW NUMBER 4 |
| | § | |
| LOWE'S HOME CENTERS, LLC, | § | |
| *Defendant.* | § | HIDALGO COUNTY, TEXAS |

## DEFENDANT LOWE'S HOME CENTERS, LLC'S
## ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

Defendant, Lowe's Home Centers, LLC, hereby files its Original Answer to Plaintiff's Original Petition as follows:

### GENERAL DENIAL

1.      Defendant denies each and every, all and singular, the material allegations contained within Plaintiff's pleadings and demands strict proof thereof.

### SPECIAL EXCEPTION

2.      Defendant specially excepts to the Plaintiff's Petition because Plaintiff fails to properly plead the damages she seeks in this case. Pursuant to Texas Rule of Civil Procedure 47(c) (the "Rule"), Plaintiff must plead one of the five specified statements in the Rule assigning the only available ranges of monetary damages permitted and Plaintiff has failed to do so.  A party that fails to comply with Rule 47(c) may not conduct discovery until the party's pleading is amended to comply.

Electronically Submitted
10/1/2021 5:29 PM
Hidalgo County Clerk
Accepted by: Sandra Falcon

## PRAYER FOR RELIEF

Defendant prays that Plaintiff take nothing by this lawsuit, that Defendant go hence with its costs without delay, and for such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

**MAYER LLP**

4400 Post Oak Parkway, Suite 1980
Houston, Texas 77027
713.487.2000 / Fax 713.487.2019

By: _Raul I. Saenz_
    Kevin P. Riley
    State Bar No. 16929100
    E-Mail: kriley@mayerllp.com
    Raul I. Saenz
    State Bar No. 24093092
    E-Mail: rsaenz@mayerllp.com

**ATTORNEYS FOR DEFENDANT**
**LOWE'S HOME CENTERS, LLC**

Electronically Submitted
10/1/2021 5:29 PM
Hidalgo County Clerk
Accepted by: Sandra Falcon

## CERTIFICATE OF SERVICE

This is to certify that on the 1st day of October 2021, a true and correct copy of the foregoing has been forwarded to all counsel of record as follows:

Martin L. Perez                              ☒ E-MAIL/E-SERVICE
LAW OFFICES OF MARIO DAVILA       ☐ HAND DELIVERY
P.O. Box 3726                                ☐ FACSIMILE
McAllen, Texas 78502                      ☐ OVERNIGHT MAIL
mlperezattorney@gmail.com            ☐ REGULAR, FIRST CLASS MAIL
                                                      ☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED

*ATTORNEY FOR PLAINTIFF*

*Raul I. Saenz*
Raul I. Saenz

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Chrysa Williams on behalf of Raul Saenz
Bar No. 24093092
cwilliams@mayerllp.com
Envelope ID: 57815069
Status as of 10/4/2021 8:23 AM CST

Associated Case Party: Jorge Zepeda

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| jennamdlaw @gmail.com | | jennamdlaw@gmail.com | 10/1/2021 5:29:45 PM | SENT |

Associated Case Party: Lowe's Home Centers, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kathy Keefer | | kkeefer@mayerllp.com | 10/1/2021 5:29:45 PM | SENT |
| Kevin Riley | | kriley@mayerllp.com | 10/1/2021 5:29:45 PM | SENT |
| Raul Saenz | | rsaenz@mayerllp.com | 10/1/2021 5:29:45 PM | SENT |
| Chrysa Williams | | CWilliams@mayerllp.com | 10/1/2021 5:29:45 PM | SENT |

Electronically Submitted
10/1/2021 5:32 PM
Hidalgo County Clerk
Accepted by: Sandra Falcon

CAUSE NO. CL-21-3070-D

| | | |
|---|---|---|
| JORGE ZEPEDA, | § | IN THE COUNTY COURT |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | AT LAW NUMBER 4 |
| | § | |
| LOWE'S HOME CENTERS, LLC, | § | |
|     *Defendant.* | § | HIDALGO COUNTY, TEXAS |

---

### DEFENDANT LOWE'S HOME CENTERS, LLC'S
### JURY DEMAND

---

Defendant, Lowe's Home Centers, LLC *d/b/a* Lowe's, pursuant to the provisions of Rule 216 of the Texas Rules of Civil Procedure, hereby formally makes this demand for a Jury Trial in the above-referenced cause.

Respectfully submitted,

**MAYER LLP**

4400 Post Oak Parkway, Suite 1980
Houston, Texas 77027
713.487.2003/Fax 713.487.2019

By: *Raul I. Saenz*
    Kevin P. Riley
    State Bar No. 16929100
    kriley@mayerllp.com
    Raul I. Saenz
    State Bar No. 24093092
    rsaenz@mayerllp.com

**ATTORNEYS FOR DEFENDANT**

---

Electronically Submitted
10/1/2021 5:32 PM
Hidalgo County Clerk
Accepted by: Sandra Falcon

## CERTIFICATE OF SERVICE

This is to certify that on the 1st day of October 2021, a true and correct copy of the foregoing has been forwarded to all counsel of record as follows:

Martin L. Perez
LAW OFFICES OF MARIO DAVILA
P.O. Box 3726
McAllen, Texas 78502
mlperezattorney@gmail.com

*ATTORNEY FOR PLAINTIFF*

☒E-MAIL/E-SERVICE
☐HAND DELIVERY
☐FACSIMILE
☐OVERNIGHT MAIL
☐REGULAR, FIRST CLASS MAIL
☐CERTIFIED MAIL/RETURN RECEIPT REQUESTED

*Raul I. Saenz*
Raul I. Saenz

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Chrysa Williams on behalf of Raul Saenz
Bar No. 24093092
cwilliams@mayerllp.com
Envelope ID: 57815187
Status as of 10/4/2021 8:22 AM CST

Associated Case Party: Jorge Zepeda

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| jennamdlaw @gmail.com | | jennamdlaw@gmail.com | 10/1/2021 5:32:28 PM | SENT |

Associated Case Party: Lowe's Home Centers, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Raul Saenz | | rsaenz@mayerllp.com | 10/1/2021 5:32:28 PM | SENT |
| Kevin Riley | | kriley@mayerllp.com | 10/1/2021 5:32:28 PM | SENT |
| Chrysa Williams | | CWilliams@mayerllp.com | 10/1/2021 5:32:28 PM | SENT |
| Kathy Keefer | | kkeefer@mayerllp.com | 10/1/2021 5:32:28 PM | SENT |

# EXHIBIT 3

*( State Court Docket Sheet)*

## Case Information

# Jorge ZepedaVS.Lowe's Home Centers, LLC
CL-21-3070-D

 Refresh             File Into

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Hidalgo County - County Clerk | Civil - Injury or Damage | Other Injury or Damage | 10/1/2021 |

Judge

Garza, Federico "Fred", Jr. ▾

## Parties [2]

| Type | Name | | Attorneys |
|---|---|---|---|
| Plaintiff | Jorge Zepeda ▾ | | MARTIN L. PEREZ ▾ |
| Defendant | Lowe's Home Centers, LLC ▾ | | Kevin P. Riley ▾ |

## Events [4]

| Oldest | Search events | | | | + All | − All |

### Petition

File Date
9/1/2021

Plaintiff's Original Petition

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| Hidalgo Petition Cvr Ltr.pdf | Hidalgo Petition Cvr Ltr.pdf | Does not contain sensitive data | 1 | $0.10 | 🛒 Add |
| Plaintiff's Org. Petition.pdf | Plaintiff's Org. Petition.pdf | Does not contain sensitive data | 4 | $0.40 | 🛒 Add |

### Citation Issued

File Date
9/2/2021

LOWE?S HOME CENTERS, LLC

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| CL-21-3070-D LOWE'S HOME CENTERS LLC jennamdlaw@gmail.com.pdf | CL-21-3070-D LOWE'S HOME CENTERS, LLC jennamdlaw@gmail.com.pdf | Does not contain sensitive data | 2 | $0.20 | 🛒 Add |

### Answer/Response

File Date
10/1/2021

Defendant Lowe's Home Centers, LLC's Original Answer to Plaintiff's Original Petition

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| Zepeda - Lowe_s Original Answer.pdf | Zepeda - Lowe_s Original Answer.pdf | Does not contain sensitive data | 3 | $0.30 | 🛒 Add |

### Request

File Date
10/1/2021

Defendant Lowe's Home Centers, LLC's Jury Demand

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| Zepeda - Lowe_s Jury Demand.pdf | Zepeda - Lowe_s Jury Demand.pdf | Does not contain sensitive data | 2 | $0.20 | 🛒 Add |

© 2021 Tyler Technologies, Inc. | All Rights Reserved

Version: 2021.8.0.61



Jorge ZepedaVS.Lowe's Home Centers, LLC

CL-21-3070-D

 Refresh                         File Into

# EXHIBIT 4

*(List of All Counsel of Record)*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JORGE ZEPEDA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:21-cv-00383 |
| | § | JURY TRIAL DEMANDED |
| LOWE'S HOME CENTERS, LLC | § | |
| *Defendant.* | § | |

## COUNSEL OF RECORD AND INFORMATION PURSUANT TO LOCAL RULE CV-81(C)

(1)   A list of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (pending, dismissed);

> *Plaintiff*   Jorge Zepeda
>
> *Defendant*   Lowe's Home Centers, LLC

The removed case is currently pending.

(2)   A civil cover sheet and a certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action (e.g. complaints, amended complaints, supplemental complaints, counterclaims, cross-actions, third party actions, interventions, etc.); all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a).

> See attached civil cover sheet and documents attached to Defendant's Notice of Removal as *Exhibit "B*."

(3)   A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties represented by him/her;

| LAW OFFICES OF MARIO DAVILA | MAYER LLP |
|---|---|
| Martin L. Perez<br>State Bar No. 24041675<br>E-Mail: mlperezattorney@gmail.com<br>P.O. Box 3726<br>McAllen, Texas 78502<br>956.322.8997 / F: 956.682.3550<br><br>*Counsel for Plaintiff* | Kevin P. Riley<br>State Bar No. 16929100<br>Southern Bar No. 13766<br>E-Mail: kriley@mayerllp.com<br>Raul I. Saenz<br>State Bar No. 24093092<br>Southern Bar No. 2924208<br>E-Mail: rsaenz@mayerllp.com<br>4400 Post Oak Parkway, Suite 1980<br>713.487.2000 / F: 713.487.2019<br><br>*Counsel for Defendant*<br>**LOWE'S HOME CENTERS, LLC** |

(4)     A record of which parties have requested a trial by jury (this information is in addition to placing the word "jury" at the top of the Notice of Removal immediately below the case number);

Defendant, Lowe's Home Centers, LLC has requested a trial by jury.

(5)     The name and address of the court from which the case is being removed.

Hidalgo County Court at Law Number 4
100 N. Closer, Third Floor
Edinburg, Texas 78539